JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. NOLIN,<br><br>    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY,<br><br>    Defendant. | NO. CV 07-05958 SJO (SSx)<br><br>**JUDGMENT** |

This matter was before the Court on Plaintiff Robert E. Nolin's Motion for Partial Summary Judgment and Defendant Sempra Energy's ("Sempra") Motion for Summary Judgment, both filed February 6, 2009. Having duly considered the issues, and a decision having duly rendered, it is hereby ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendant Sempra Energy. The Clerk of the Court shall close the file. Parties shall bear their own costs.

IT IS SO ADJUDGED.

March 6, 2009

*S. James Otero*

—————————————————
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE